# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:11CR69 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| LUIS GERARDO BRAVO, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion to continue by the government (Filing No. 17) and the joint oral motion of both parties made during a telephone conference with counsel on June 20, 2011.  During the conference, the government was represented by Assistant U.S. Attorney Robert C. Sigler and the defendant, Luis Gerardo Bravo, was represented by B. Joshua Griffin.  Both parties moved to continue the trial presently set for July 18, 2011, to August 22, 2011.  The motions to continue are granted.

**IT IS ORDERED:**

1. The government's motion to continue trial (Filing No. 17) is granted.

2. The parties' joint oral motion to continue trial is granted.

3. Trial of this matter is re-scheduled for **August 22, 2011,** before Chief Judge Joseph F. Bataillon and a jury.  The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial.  The additional **time** arising as a result of the granting of the motion, i.e., the time between **July 18, 2011, and August 22, 2011,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 20th day of June, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge